# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAUSTO JUAN BARAJAS, | 1:08-cv-01346-DLB (HC) |
| Petitioner, | |
| v. | ORDER REQUIRING PETITIONER TO SUBMIT SIGNED DECLARATION |
| J.D. HARTLEY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Upon a close examination of the petition submitted to the Court, the Court has discovered that the petition does not contain an original signature. Local Rule 7-131 requires a document submitted to the Court for filing to include an original signature. In addition, Rule 2 of the Rules Governing Section 2254 Cases requires a petition for writ of habeas corpus to "be signed under penalty of perjury by the petitioner."

In light of the difficulty in having Petitioner submit a new habeas corpus petition, Petitioner is ORDERED to submit a document stating that he submitted the instant petition to the Court and sign it under penalty of perjury. The document should contain an original signature. Petitioner is GRANTED **twenty (20)** days from the date of service of this order to comply with the Court's directive.

Petitioner is forewarned that failure to comply with a Court order will result in dismissal

1

1 | of the petition pursuant to Local Rule 11-110.

2 |   IT IS SO ORDERED.

3 |   **Dated:   September 22, 2008**            **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE